IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD L. CAVINESS,

    Petitioner,                   No. CIV S-04-2629 MCE JFM P

    vs.

D.L. RUNNELS, Warden,

    Respondent.                ORDER

_____/

    On April 11, 2005, petitioner filed a request for an extension of time to file a traverse. On April 18, 2005, petitioner filed his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's April 11, 2005 request for an extension of time is granted; and

    2. Petitioner's April 18, 2005 traverse is deemed timely filed.

DATED: April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

/kf;cavi2629.111