IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. CAVINESS, | No. 2:04-cv-02629-MCE-JFM-P |
| Petitioner, | |
| v. | ORDER |
| D.L. RUNNELS, Warden, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 15, 2007 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1    A certificate of appealability should be granted for any issue that petitioner can
2 demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3 court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
4 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]
5    Petitioner has made a substantial showing of the denial of a constitutional right in the
6 following issue(s) presented in the instant petition: juror bias and wrongful denial of petitioner's
7 <u>Faretta</u> motion.
8    Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the
9 present action.

Dated: July 11, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.